# U.S. Marshal Processing Form

Please process the following individual into the USM system:

Defendant Name: <u>Shawn Rowlands</u>

Case Number: <u>6:25-mj-00058-HBK</u>

***The United States Marshal is located on the 3rd Floor of the Robert E. Coyle Federal Building, 2500 Tulare Street, Fresno, CA, (559) 487-5600***

The defendant was on:

Date: <u>12/29/2025</u> before <u>Magistrate Judge Helena Barch-Kuchta</u> for:

☒ Initially Appear/Arraign  ☐ Conviction (Plea or Trial)  ☐ Sentencing  ☐ Convicted and Sentenced

Arresting Agency: NPS

Arrest/Incident Date: <u>12/28/2025</u>

Offense (offense(s) citation and description): <u>36 CFR 2.35(c )</u>

Case Disposition (offense(s) citation and description): <u>Presence in a park area when under the influence of alcohol</u>

**Attached:**

☒ Charging Documents

☐ Conviction Documents

☐ Judgment & Commitment (*if not attached-will be sent by Courtroom Deputy once completed*)

**USM Only:**

| USM Processed Defendant on: |
|---|
| Date: 12/30/2025 |
| By: Jose Gonzalez Mejia |
| USMS #: 33314-512 |

Upon Processing, USM to Return This Form to Judge's chambers at hbkorders@caed.uscourts.gov

Rev. (3/2019)
CAED (Fresno)- Misd. 8- *USM Processing Form*