HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN # 90017392
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
SHAWN ROWLANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN ROWLANDS,<br><br>Defendant. | Case No.  6:25-mj-00058-HBK<br><br>ORDER GRANTING STIPULATION TO ADVANCE STATUS CONFERENCE AND CONVERT TO CHANGE OF PLEA AND SENTENCING HEARING<br><br>(Doc. No. 9) |

The parties, through their respective counsel, Briana Vollmer, Law Enforcement Specialist, counsel for the government, and Lisa N. Lumeya, Assistant Federal Defender, counsel for Mr. Shawn Rowlands, hereby stipulate and request that this Court advance the February 3, 2026, status conference to January 13, 2026, and convert the status conference to a change of plea and sentencing hearing.

On December 29, 2025, this Court set a status conference in this matter on February 3, 2026. Mr. Rowlands requested a status conference on the January 13, 2026, calendar, but the Court set the hearing on the February calendar in order for the government to provide discovery.  The Court indicated, however, that the parties could advance the hearing should Mr. Rowlands be prepared to resolve the matter.  *See* ECF No. 4.  Mr. Rowlands is now prepared to enter an open plea in this case and respectfully requests that the February 3 hearing be advanced to January 13, to provide him the opportunity to do so.  The government does not object.  Accordingly, the parties stipulate and request

that Mr. Rowlands's February 3, 2026, status conference be converted to a change of plea and sentencing hearing and advanced to January 13, 2026, at 1:00 p.m.

                                              Respectfully submitted,

                                              ERIC GRANT
                                              United States Attorney

Date: January 7, 2026                    */s/ Briana Vollmer*
                                              BRIANA M. VOLLMER
                                              Rule 180 US Park Ranger
                                              Law Enforcement Specialist

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: January 7, 2026                    */s/ Lisa Ndembu Lumeya*
                                              Lisa N. Lumeya
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Shawn Rowlands

## **O R D E R**

Finding good cause, the Court GRANTS the parties' stipulation (Doc. No. 9) to the extent set forth herein. Mr. Rowlands's status conference is hereby advanced to **January 13, 2026, at 10:00 a.m.**, and converted to a change of plea and sentencing hearing.

Dated:   January 8, 2026

                                              HELENA M. BARCH-KUCHTA
                                              UNITED STATES MAGISTRATE JUDGE

Rowlands, Shawn - Stipulation to Advance